**KELLEY DRYE & WARREN LLP**
Becca Wahlquist (SBN 215948)
350 South Grand Avenue, Suite 3800
Los Angeles, CA 90071
Telephone: (213) 547-4916
Facsimile:  (213) 547-4901
bwahlquist@kelleydrye.com

*Attorneys for Defendant Groupon, Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT FREUND,** individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**GROUPON, INC**.,<br><br>Defendants. | Case No. 1:26-cv-05733-RMI<br><br>[Assigned to Hon. Mag. Robert M. Illman]<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Action Filed:  June 12, 2026<br>Current Response Dates: July 16, 2026<br>New Response Date:  August, 17, 2026 |

CASE NO. 1:26-CV-05733-RMI

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

## RECITALS

1.      On or about June 12, 2026, Plaintiff Robert Freund ("Plaintiff") filed the Complaint against Defendant Groupon, Inc. ("Groupon").

2.      Groupon was served on or about June 25, 2026.

3.      Groupon's original deadline to answer or otherwise respond to the Complaint is July 16, 2026.

4.      Pursuant to Local Rule 6-1(a) of the United States District Court for the Northern District of California, Plaintiff and Groupon agree to extend the time for Groupon to answer or otherwise respond to the Complaint to and including August 17, 2026.

5.      The change will not alter the date of any event or any deadline already fixed by Court order.

6.      Plaintiff and Groupon further agree that Groupon has not waived its right to file a motion to transfer pursuant to 28 U.S.C. § 1404(a) or a pre-answer motion, including a motion to dismiss for failure to state a claim pursuant to Rule 12(b)(1) or 12(b)(6).

## STIPULATION

Plaintiff and Groupon, by and through their respective counsel, hereby stipulate and agree as follows:

1.      The time within which Groupon must answer or otherwise respond to the Complaint shall be extended to and including August 17, 2026.

CASE NO. 1:26-CV-05733-RMI
JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

DATED: July 14, 2026

/s/ Kevin J. Cole
Kevin J. Cole *(SBN 321555)*
KJC LAW GROUP, A.P.C
9701 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90212
Telephone: (310) 861-7797
kevin@kjclawgroup.com

*Attorneys for Plaintiff*

/s/ Becca Wahlquist
Becca Wahlquist (SBN 215948)
KELLEY DRYE & WARREN LLP
350 South Grand Avenue, Suite 3800
Los Angeles, CA 90071
Telephone: (213) 547-4916
Facsimile:  (213) 547-4901
bwahlquist@kelleydrye.com

*Attorneys for Defendant*

Pursuant to Local Rule 5-1(h)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing of this stipulation and have authorized the filing of this stipulation.

DATED: July 14, 2026

Respectfully submitted,

/s/ Becca Wahlquist
Becca Wahlquist (SBN 215948)

2

CASE NO. 1:26-CV-05733-RMI
JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

**CERTIFICATE OF SERVICE**

I hereby certify that, on   July 14, 2026, I electronically filed the foregoing JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT with the United States District Court for the Northern District of California by using the CM/ECF system, which will send a notice of filing to all registered users, including counsel for all parties.

Respectfully submitted,

*/s/ Becca Wahlquist*
Becca Wahlquist (SBN 215948)

CASE NO. 1:26-CV-05733-RMI
JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT