# EXHIBIT A

The Wayback Machine - https://web.archive.org/web/20110728215727/http://www.groupon.com/terms
hide

Get the Daily Deal for:

- San Francisco
- Subscribe

# Groupon: Collective Buying Power

- Featured Deal
- All Deals
- Now! DealsNEW
- Getaways
- How It Works

- Sign In
- Sign Up

## Terms

Welcome to the Groupon Site. In order to use our Site, you must agree to our Terms of Use –The Terms of Use are our "rules of the road" – they are important and contain many legal disclosures that you should read carefully - including terms of sale that apply when you buy something through the Site and other terms that specify permissible uses of the Site. Why all the rules? Bottom line: because we value your trust and loyalty and need a consistent set of rules to fairly, consistently and respectfully ensure that the Site is only used properly. If you have any questions about these Terms of Use email us at support@groupon.com.

These Terms of Use were last updated on July 9, 2011.

### Our Terms of Use is organized as follows:

1. Permitted Uses
2. Availability of the Site
3. Ownership of the Site
4. Transmission of Information
5. Your Conduct on our Site
6. Creating an Account on our site
7. Terms of Sale
8. Modification of this Agreement
9. Copyright and Trademarks
10. Copyright Policy and Digital Millennium Copyright Act (DMCA) Procedures
11. Disclaimer of Warranty
12. Limitation of Liability
13. Arbitration
14. End User Communications
15. Websites of Others
16. Public Nature of Your Statements
17. License Grant
18. Indemnification/Release
19. Termination
20. Choice of Law
21. Additional Disclosures

# ACCEPTANCE OF TERMS OF USE

Groupon, Inc. (**"Groupon"** or **"us"** or **"our"**) operates this website, www.groupon.com, the mobile and touch versions and any individual sites or merchant-specific, city-specific, or other area-specific sites we have now or in the future. The website and links contained within or otherwise available through external hyperlinks within our Site (the **"Microsites"**) will be collectively referred to as the **"Site"** in these Terms of Use. By using our Site and Groupon's services through the Site, you (**"you"** or, **"End User"**) agree to these Terms of Use, our Privacy Statement, and any additional terms applicable to certain programs in which you may elect to participate or with respect to any Microsite, as any of the same may exist from time to time (collectively, the **"Terms of Use"** or **"Agreement"**). IF YOU DO NOT AGREE TO THE TERMS OF THIS AGREEMENT, IMMEDIATELY STOP ACCESSING THE SITE AND DO NOT USE ANY GROUPON SERVICE OFFERED THROUGH THE SITE.

### 1. Permitted Uses

The Site provides an interactive online service operated by Groupon, consisting primarily of promotion and marketing services on behalf of certain merchants (**"Merchants"**) making vouchers for Merchant goods and services (**"GROUPONs"**) available to its users. GROUPONs may be purchased

by Groupon account holders and exchanged for goods and services from the issuing Merchants or other parties identified in the terms of the offer and subject to the Terms of Sale set forth below. As a condition of your use of this Site, you agree that:

- You are an individual person at least 18 years of age;
- You possess the authority to create a binding legal obligation;
- Your use of this Site will at all times comply with the terms of this Agreement;
- If you elect to create an account:
  - You may create only one account for your personal use;
  - You may only make legitimate purchases that comply with the letter and spirit of the terms of the respective offers;
  - You may only make purchases on the Site for your own use and enjoyment, or, when offered, as a gift for another;
  - You must safeguard your password and supervise the use of your account, and understand and agree that you are responsible for your own use and the use of your account by anyone you allow to access it.
- You have the right to provide any and all information you submit to the Site, the information is only about yourself, and all such information is accurate, true, current and complete; and

### 2. Availability of the Site

You acknowledge that there may be interruptions in service or events that are beyond our control. While we use reasonable efforts to keep the Site accessible, the Site may be unavailable from time to time for any reason including, without limitation, routine maintenance. You understand and acknowledge that due to circumstances both within and outside of our control Site access may be interrupted, suspended or terminated. Groupon retains the right at our sole discretion to deny service, or access to the Site to anyone or an account, at any time and for any reason.

### 3. Ownership of the Site

The content and information on this Site as well as the infrastructure used to provide both, is proprietary to us or our Merchants and other partners. You agree not to modify, copy, distribute, transmit, display, perform, reproduce, publish, license, create derivative works from, transfer, or sell or re-sell any information, software, products or services obtained from or through the Site.

### 4. Transmission of Information

Because we do not control the security of the Internet or other networks you use to access the Site or communicate with us, we can’t be, and are not responsible for, the security of information that you choose to communicate with Groupon and the Site while it is being transmitted. In addition, Groupon is not responsible for any data lost during transmission.

### 5. Your Conduct on our Site

Our Site is private property. All interactions on this Site must be lawful and must comply with these Terms of Use. To the extent your conduct (as judged by us in our sole discretion), restricts or inhibits any other user from using or enjoying any part of this Site, we may limit your privileges on the Site and seek other remedies. PLEASE DO NOT ENGAGE IN ANY OF THE FOLLOWING ACTIVITIES, they are prohibited on the Site and constitute express violations of this Agreement:

- Submitting any purposely inaccurate information, committing fraud or falsifying information in connection with your Groupon account or in order to create multiple Groupon accounts;
- Attempting to, or actually accessing data not intended for you, such as logging into a server or an account which you are not authorized to access;
- Attempting to scan, or test the security or configuration of the Site or to breach security or authentication measures without proper authorization;
- Tampering or interfering with the proper functioning of any part, page or area of the Site and any and all functions and services provided by Groupon;
- Attempting to interfere with service to any user in any manner, including, without limitation, by means of submitting a virus to our Site, or attempts at overloading, “flooding”, “spamming”, “mail bombing” or “crashing” the Site;
- Using the Site or any of its contents to advertise or solicit, for any other commercial, political or religious purpose, or to compete, directly or indirectly with Groupon;
- Reselling or repurposing your access to the Site or any purchases made through the Site;
- Using the Site or any of its resources to solicit Site End Users, Merchants or other business partners of Groupon to become users or partners of other online or offline services directly or indirectly competitive or potentially competitive with Groupon, including without limitation, aggregating current or previously offered deals;
- Using any End User or Merchant information from the Site for any commercial purpose, including, but not limited to, marketing;
- Exceeding or attempting to exceed quantity limits when purchasing GROUPONs or otherwise using any Groupon account to purchase GROUPONs for resale, or for speculative, false, fraudulent or any other purpose not expressly permitted by this Agreement and the terms of a specific offer on the Site;
- Accessing, monitoring or copying any content or information from this Site using any robot, spider, scraper or other automated means or any manual process for any purpose without our express written permission;
- Violating the restrictions in any robot exclusion headers on this Site or bypassing or circumventing other measures employed to prevent or limit access to this Site;
- Taking any action that places excessive demand on our services, or imposes, or may impose an unreasonable or disproportionately large load on our servers or other portion of our infrastructure (as determined in our sole discretion);
- Aggregating any live or post-feature content or other information from the Site (whether using links or other technical means or physical records associated with purchases made through this Site) with material from other sites or on a secondary site without our express written permission.
- Deep-linking to any portion of this Site (including, without limitation, the purchase path for any GROUPON) without our express written permission;
- Acting illegally or maliciously against the business interests or reputation of Groupon, our Merchants or our services; or

- Hyperlinking to the Site from any other website without our initial and ongoing consent.

## 6. Creating an Account on our Site

If you create an account on our Site, you may only create and hold one account that you are solely responsible for managing. Your account is non-transferrable and may not be sold, combined or otherwise shared with any other person. If you violate any of these limitations we may terminate your account and, without limitation, you may forfeit any pending, current or future promotional account credits and any unredeemed GROUPONs in your account. If we terminate your account, you may not re-enroll or join under a new account unless we formally invite you. If you commit fraud or falsify information in connection with your use of the Site or in connection with your Groupon account, your account will be terminated immediately and we reserve the right to hold you liable for any and all damages that we suffer, to pursue legal action through relevant local and national law enforcement authorities and to notify your Internet Service Provider of any fraudulent activity we associate with you or your use of the Site.

## 7. Terms of Sale

GROUPONs purchased on the Site by you as a Groupon account holder, are special promotional offers that you purchase from participating Merchants through our service. The GROUPONs are redeemable for certain goods, services or experiences offered by, or facilitated through, the Merchant identified on the GROUPON. The Merchant is solely responsible for redeeming the GROUPON. By placing an order for a GROUPON, you make an offer to purchase the GROUPON you have selected pursuant to the terms of this Agreement, the terms on the GROUPON itself and any additional, deal specific terms advertising the GROUPON at the time of purchase (the "Fine Print"). In the event of a conflict between the terms of this Agreement and the Fine Print, the Fine Print will govern.

There are two separate parts to each GROUPON: (a) the purchase value and (b) the promotional value. Together the purchase value and the promotional value add up to the full offer value of the GROUPON and appears in the upper right hand corner of the GROUPON voucher. The purchase value is the amount you pay to buy a GROUPON. **The purchase value does not expire until it is used or refunded**. The promotional value is the "added" value of the GROUPON – the amount in excess of the purchase value. **The promotional value will expire by the date stated on the face of the GROUPON unless applicable law prohibits the promotional value from expiring**. For example, if you pay $20 for a GROUPON that gets you $50 of goods or services from a Merchant, the full offer value is $50, the purchase value is $20 (and that amount dos not expire until it is used or is refunded), and the promotional value is $30 and it expires on the date stated on the GROUPON (unless expiration of the promotional value is prohibited by law).

**SPECIAL TERMS FOR GROUPON NOW! VOUCHERS**: GROUPONs purchased through the Groupon Now! program (**"Now! GROUPONs"**) are subject to the Groupon Now! Refund Policy". Under the **Now! Refund Policy**, if you don't use your Now! GROUPON you will receive a refund. Here's how it works: you can redeem your Now! GROUPON for its full offer value until the promotional value's expiration time and date as stated on the face of your Now! GROUPON. For a period of thirty (30) days after the promotional value expires, you can continue to redeem your Now! GROUPON for its purchase value. If you have not redeemed your Now! GROUPON within thirty (30) days after the promotional value's expiration date, Groupon will refund the purchase value of the Now! GROUPON to the purchaser in the original form of payment.

If the redeeming Merchant refuses to honor a GROUPON, Groupon will refund the purchase value of the GROUPON in the original form of payment, or will credit your Groupon account with an equivalent number of Groupon "Bucks" for future purchases on the Site. Groupon Bucks do not expire. Need a refund or have a question? Email Groupon at support@groupon.com or call 1 (877) 788-7858 (Monday through Friday, 9-5 central time).

Refunds may take up to thirty (30) days to process.

Purchase, use or acceptance of a GROUPON constitutes acceptance of these Terms of Use and of any Fine Print stated on the GROUPON. The following terms apply to all GROUPONs, unless stated otherwise in a GROUPON's Fine Print or otherwise required by applicable law:

- Unauthorized use, reproduction, resale, modification, or trade of GROUPONs is prohibited.
- Taxes and gratuities are not included in the value of the GROUPON and, if applicable, may be charged to you separately by the Merchant when you redeem the GROUPON.
- If applicable, shipping and handling fees are not included in the value of the GROUPON and may be charged to you separately by the Merchant when you redeem the GROUPON.
- The promotional value of GROUPONs may not be combined with any other voucher, coupon, or promotion. If the promotional value of your GROUPON has expired, you may combine the purchase value with any other voucher, coupon or promotion pertaining to the redeeming Merchant shown on the GROUPON.
- Your GROUPONs may only be used at the Merchant named on the face of the GROUPON and the promotional value is redeemable only toward the goods or services listed on the GROUPON.
- Use of a GROUPON for certain services and goods - such as alcoholic beverages - is subject to applicable state and local laws.
- GROUPONs are not reloadable.
- GROUPONs are not redeemable for cash unless required by law.
- GROUPONS are transferrable but Groupon will refund the person who actually paid for the GROUPON. For example, if a Now! GROUPON is not redeemed within 30 days of its promotional value's expiration date and time, Groupon will issue a refund to the credit card or a credit to the account of the person who bought that Now! Groupon even if that person gave the Now! GROUPON to someone else.

The Merchant is the issuer of the GROUPON and is fully responsible for all goods and services it provides to you and for any and all injuries, illnesses, damages, claims, liabilities and costs ("Liabilities") it may cause you to suffer, directly or indirectly, in full or in part, whether related to the use or redemption of a GROUPON or not. You waive and release Groupon and its subsidiaries, affiliates, partners, officers, directors, employees and agents from any Liabilities arising from or related to any act or omission of a Merchant in connection with your use of a GROUPON or the services/goods it provides in connection with it.

## 8. Modification of this Agreement

We reserve the right at all times to discontinue or modify any part of this Agreement as we deem necessary or desirable. If we make changes that materially affect your use of the Site or our services we will notify you by sending you an e-mail to the e-mail address that is registered with your account and/or by posting notice of the change on the Site. Any changes to these Terms of Use will be effective upon the earlier of our dispatch of an e-mail notice to you or our posting of notice of the changes on our Site, provided that, these changes will not apply to GROUPONs purchased prior to the effective date of such changes. These changes will be effective immediately for new users of our Site and for all GROUPONs purchased after the effective date of the change. We suggest that you revisit our Terms of Use from time to time to ensure that you stay informed of any such notifications of changes to the Site. Your use of the Site after we update these Terms of Use will constitute acceptance of the modified Terms of Use.

We also reserve the right to change or discontinue any aspect or feature of our services or the Site including, but not limited to requirements for access or use.

### 9. Copyright and Trademarks.

Everything located on or in this Site is the exclusive property of Groupon or is being used with permission. ANY COPYING, DISTRIBUTING, TRANSMITTING, POSTING, LINKING, DEEP LINKING, OR OTHERWISE MODIFYING OF THIS SITE OR ANY OF THE MICROSITES WITHOUT THE EXPRESS WRITTEN PERMISSION OF GROUPON IS PROHIBITED. Any violation of this requirement may result in a copyright, trademark or other intellectual property right infringement that may subject you to civil and/or criminal penalties.

This Site and any Microsite contains copyrighted material, trademarks and other proprietary information, including, but not limited to, text, software, photos, video, graphics, music and sound, and the entire contents of the Site are protected by copyright as a collective work under the United States copyright laws. Groupon owns a copyright in the selection, coordination, arrangement and enhancement of such content, as well as in the content original to it. You may not modify, publish, transmit, participate in the transfer or sale, create derivative works, or in any way exploit any of the content, in whole or in part. you may download, print, and/or save copyrighted material for your personal use only. Except as otherwise expressly stated under copyright law, no copying, redistribution, retransmission, publication or commercial exploitation of downloaded material without the express permission of Groupon or the copyright owner is permitted. If copying, redistribution or publication of copyrighted material is permitted, you will make independent attribution and/or agree to make no changes in or deletion of any author attribution, trademark legend or copyright notice. You acknowledge that you do not acquire any ownership rights by downloading copyrighted material.

Groupon is a trademark of Groupon, Inc. It, together with other trademarks that are located within or on the Site otherwise owned or operated in conjunction with Groupon shall not be deemed to be in the public domain but rather the exclusive property of Groupon, unless such mark or site is under license from the trademark owner thereof, in which case such license is for the exclusive benefit and use of Groupon unless otherwise stated.

You will not upload, post or otherwise make available on this Site any material protected by copyright, trademark or other proprietary right without the express permission of the owner of the copyright, trademark or other proprietary right. Groupon does not have any express burden or responsibility to provide you with indications, markings or anything else that may aid you in determining whether the material in question is copyrighted or trademarked. you will be solely liable for any damage resulting from any infringement of copyrights, trademarks, proprietary rights or any other harm resulting from such a submission. By submitting material to any public area of this Site, you warrant that the owner of such material has expressly granted Groupon the royalty-free, perpetual, irrevocable, non-exclusive right and license to use, reproduce, modify, adapt, publish, translate and distribute such material (in whole or in part) worldwide and/or to incorporate it in other works in any form, media or technology now known or hereafter developed for the full term of any copyright that may exist in such material. You also permit any other end user to access, view, store or reproduce the material for that End User's personal use. You also grant Groupon the right to edit, copy, publish and distribute any material that you make available on this Site.

### 10. Copyright Policy and Digital Millennium Copyright Act (DMCA) Procedures.

Groupon reserves the right to terminate its agreement with you or any other End User who infringes third-party copyrights.

If you believe that any material has been posted via the Site by an End User in a way that constitutes copyright infringement, you shall provide Groupon with the following information: (a) an electronic or physical signature of the person authorized to act on behalf of the owner of the copyrighted work; (b) an identification of the copyrighted work and the location on the Site of the allegedly infringing work; (c) a written statement that you have a good faith belief that the disputed use is not authorized by the owner, its agent, or the law; (d) your name and contact information, including telephone number and e-mail address; and (e) a statement by you that the above information in your notice is accurate and, under penalty of perjury, that you are the copyright owner or authorized to act on the copyright owner's behalf.

Contact information for Groupon's DMCA Agent for notice of claims of copyright infringement is:

Groupon, Inc. Attn: Copyright Agent 600 W Chicago Ave Suite 620 Chicago, IL 60610 dmca@groupon.com

### 11. Disclaimer of Warranty.

YOU EXPRESSLY AGREE THAT USE OF THIS SITE IS AT YOUR SOLE RISK. NEITHER GROUPON, ITS SUBSIDIARIES AFFILIATES NOR ANY OF THEIR RESPECTIVE EMPLOYEES, AGENTS, MERCHANTS, THIRD-PARTY CONTENT PROVIDERS OR LICENSORS, OR ANY OF THEIR OFFICERS, DIRECTORS, EMPLOYEES OR AGENTS, WARRANT THAT USE OF THE SITE WILL BE UNINTERRUPTED OR ERROR FREE; NOR DO THEY MAKE ANY WARRANTY AS TO (I) THE RESULTS THAT MAY BE OBTAINED FROM USE OF THIS SITE, OR (II) THE ACCURACY, RELIABILITY OR CONTENT OF ANY INFORMATION, SERVICE OR VOUCHERS PROVIDED THROUGH THIS SITE. THE SITE IS MADE ACCESSIBLE ON AN "AS IS" AND "AS AVAILABLE" BASIS. GROUPON HEREBY DISCLAIMS ANY AND ALL REPRESENTATIONS, WARRANTIES AND CONDITIONS, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THOSE OF TITLE NONINFRINGEMENT, MERCHANTABILITY, AND FITNESS FOR A PARTICULAR PURPOSE.

### 12. Limitation of Liability.

IN NO EVENT SHALL GROUPON, ITS SUBSIDIARIES, AFFILIATES NOR ANY OF THEIR RESPECTIVE EMPLOYEES, AGENTS, MERCHANTS, PARTNERS, THIRD-PARTY CONTENT PROVIDERS OR LICENSORS, OR ANY OF THEIR OFFICERS, DIRECTORS, EMPLOYEES OR AGENTS, BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES ARISING OUT OF OR RELATED TO YOUR USE OF THE SITE, THE CONTENT, STATEMENTS (AS DEFINED BELOW) AND OTHER INFORMATION CONTAINED THEREIN ORTHESE TERMS OF USE. IN NO EVENT WILL GROUPON'S LIABILITY IN CONNECTION WITH A GROUPON EXCEED THE AMOUNTS PAID FOR SUCH GROUPON, AND TOTAL AGGREGATE LIABILITY ARISING OUT OF OR RELATED TO THIS AGREEMENT SHALL NOT EXCEED THE AMOUNTS PAID BY YOU DURING THE SIX MONTHS PRECEDING THE BRINGING OF ANY CLAIM, OR FIVE HUNDRED DOLLARS, WHICHEVER IS LESS.

### 13. Arbitration.

We will make every reasonable effort to resolve any disagreements that you have with Groupon. If those efforts fail, by using this Site you agree that any claim, dispute, or controversy you may have against Groupon arising out of, relating to, or connected in any way with this Agreement this Site or the purchase or sale of any GROUPON(s), shall be resolved exclusively by final and binding arbitration administered by the American Arbitration Association ("AAA") and conducted before a single arbitrator pursuant to the applicable Rules and Procedures established by AAA ("Rules and Procedures"). You agree further that: (a) the arbitration shall be held at a location determined by AAA pursuant to the Rules and Procedures (provided that such location is reasonably convenient for you), or at such other location as may be mutually agreed upon by you and Groupon; (b) the arbitrator shall apply Illinois law consistent with the Federal Arbitration Act and applicable statutes of limitations, and shall honor claims of privilege recognized at law; (c) there shall be no authority for any claims to be arbitrated on a class or representative basis; arbitration can decide only your and/or Groupon's individual claims; and the arbitrator may not consolidate or join the claims of other persons or parties who may be similarly situated; (d) in the event that you are able to demonstrate that the costs of arbitration will be prohibitive as compared to the costs of litigation, Groupon will pay as much of your filing and hearing fees in connection with the arbitration as the arbitrator deems necessary to prevent the arbitration from being cost-prohibitive; and (e) with the exception of subpart (c) above, if any part of this arbitration provision is deemed to be invalid, unenforceable or illegal, or otherwise conflicts with the Rules and Procedures established by AAA, then the balance of this arbitration provision shall remain in effect and shall be construed in accordance with its terms as if the invalid, unenforceable, illegal or conflicting provision were not contained herein. If, however, subpart (c) is found to be invalid, unenforceable or illegal, then the entirety of this Arbitration Provision shall be null and void, and neither you nor Groupon shall be entitled to arbitrate their dispute.

### 14. End User Communications

Groupon in some instances allows you and other End Users to use the Site to express opinions and communicate through forums, bulletin boards, discussion groups, chat rooms or other communication facilities that may be offered on or through the Site from time to time (collectively **"Communities"**). Groupon shall have the right, but not the obligation, to monitor the content within the Communities at any time, for any reason, including to determine compliance with this Agreement and any operating rules established by Groupon, as well as to satisfy any applicable law, regulation or authorized government request. Without limiting the foregoing, Groupon shall have the right, but not the obligation, to remove any material from the Communities that Groupon, in its sole discretion, finds to be in violation of this Agreement or otherwise objectionable. Any opinions, advice, ratings, discussions, comments, and/or other messages or postings of any kind made by you or any other End User to the Communities (collectively, **"Statements"**), are those of the respective author(s) or distributor(s) and not of Groupon.

### 15. Websites of Others

The Site contains links to websites maintained by other parties. These links are provided solely as a convenience to you and not because we endorse or have an opinion about the contents on such websites. We expressly disclaim any representations regarding the content or accuracy of materials on such websites or the privacy practices of those websites. If you decide to access websites maintained by other parties, you do so at your own risk.

### 16. Public Nature of Your Statements.

You understand and agree that all Statements are public and not private. Any other person (whether or not a user of Groupon's services) may read your Statements without your knowledge. Please do not include any Personal Information (as defined in our Privacy Statement) in your Statements. Groupon does not control or endorse any Statement found in any part of the Communities, and we specifically disclaim any liability concerning the Statements and the Communities and any actions resulting from your participation in any part of the Communities, including any objectionable content. Any and all Statements you post to our Site are not confidential.

### 17. License Grant.

By posting Statements or other information on or through the Communities, you grant Groupon a royalty-free, perpetual, irrevocable, non-exclusive license to use, reproduce, modify, publish, edit, translate, distribute, perform, and display the Statements alone or as part of other works in any form, media, or technology whether now known or hereafter developed without territorial or time limitations, and to sublicense such rights through multiple tiers of sublicensees. Your license of any Statements or information submitted above extends to use for promotions, advertising, market research or any other lawful purpose, without limitation.

### 18. Indemnification/Release.

You agree to defend, indemnify and hold harmless Groupon, its subsidiaries, affiliates and their respective directors, officers, employees and agents from and against all claims and expenses, including attorneys' fees, arising out of or related to any products or services purchased by you in connection with the Site or any use of the Site in violation of these Terms.

You are solely responsible for your interactions with Merchants and other users of the Site. To the extent permitted under applicable laws, you hereby release Groupon from any and all claims or liability related to any product or service of a Merchant, any action or inaction by Merchant, including

Merchant's failure to comply with applicable law and/or failure to abide by the terms of a Groupon, and any conduct or speech, whether online or offline, of any other user.

## 19. Termination.

Groupon may terminate these Terms of Use at any time. Without limiting the foregoing, Groupon shall have the right to immediately terminate or suspend any of your passwords or accounts in the event Groupon considers, in its sole discretion, any of your conduct to be unacceptable, or in the event you breach this Agreement. Notwithstanding the above, these Terms of Use will survive termination of this Agreement.

## 20. Choice of Law.

Any disputes arising out of or related to these Terms of Use and/or any Use by you of Groupon's Site or services shall be governed by the internal laws of the State of Illinois, without regard to its choice of law rules and without regard to conflicts of laws principles except that the Arbitration provision at Paragraph 13 shall be governed by the Federal Arbitration Act.

## 21. Additional Disclosures.

No waiver by either you or Groupon of any breach or default or failure to exercise any right allowed under this Agreement is a waiver of any preceding or subsequent breach or default or a waiver or forfeiture of any similar or future rights under our Agreement. The section headings used herein are for convenience only and shall be of no legal force or effect. If any provision of our Agreement is held invalid by a court of competent jurisdiction, such invalidity shall not affect the enforceability of any other provisions contained in this Agreement, and the remaining portions of our Agreement shall continue in full force and effect.

Groupon is located at 600 W Chicago Ave., Suite 620, Chicago, IL 60654.

If you are a California resident, you may report complaints to the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs by contacting them in writing at 400 R Street, Sacramento, CA 95814, or by telephone at (800) 952-5210.

The provisions of these Terms of Use apply equally to and are for the benefit of Groupon, its subsidiaries, affiliates, Merchants and its third-party content providers and licensors, and each shall have the right to assert and enforce such provisions directly or on its own behalf.

- **Unbeatable Deals for Local Adventures!**

  Groupon is an easy way to get huge discounts while discovering fun activities in your city. Our daily deals consist of restaurants, spas, massages, theaters, hotels, and a whole lot more, in hundreds of cities across the world.

© 2011 Groupon, Inc. All Rights Reserved.