**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**ROBERT FREUND,** individually and on behalf of all others similarly situated,

Plaintiff,

v.

**GROUPON, INC**.,

Defendant.

Case No. 3:26-cv-05733-JSC

[Assigned to Hon. Jacqueline Scott Corley]

**DECLARATION OF ANDREW SEGA IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER VENUE, OR, IN THE ALTERNATIVE, TO COMPEL ARBITRATION**

Hearing Date:
Hearing Time:
Hearing Place:

Docusign Envelope ID: 7DF5173B-7A9C-89F4-8022-D16A0585960F


I, Andrew Sega, hereby declare as follows:

1. I am Vice President of Engineering at Attentive Mobile, Inc. ("Attentive"). As Vice President of Engineering, I oversee and have access to records pertaining to text messages sent through Attentive's platform by its clients. I make this Declaration based on my personal knowledge and my review of Attentive's records pertaining to text messages sent by Groupon through the Attentive platform, which are created and maintained in the ordinary course of business. If called and sworn as a witness, I could and would testify competently under oath to what I declare herein.

2. Attentive's business records confirm that the user of the phone number (530) XXX-1654 (the "1654 Number") signed up to receive text messages from Groupon at the following URL:

> https://www.groupon.com/deals/artime-studio-18?redemptionLocationId=e97e2b83-0008-ba06-062a-01905153778c&backTo=%2Flocal%2Flos-angeles%2Fpottery-classes%3Fadsafe%3Dtrue%26utm_medium%3Dcpc%26utm_source%3Dgoogle%26utm_campaign%3Dus_mb_sea_ggl_txt_txn_sr_cbp_ch1_nbr_d*21254350742_g*162310488189%26gclick%3DCj0KCQjwm6POBhCrARIsAIG58CJfFqJUQ_XpZd3JW8nk8WgWTZx4y90gYetZNiyE9szw9OnQuYjtC_0aAsa4EALw_wcB%26gad_source%3D1%26gad_campaignid%3D21254350742%26gbraid%3D0AAAADxu4DB6bgAg6PuieS3owarhNoLCy%26gclid%3DCj0KCQjwm6POBhCrARIsAIG58CJfFqJUQ_XpZd3JW8nk8WgWTZx4y90gYetZNiyE9szw9OnQuYjtC_0aAsa4EALw_wcB%26lng%3D-118.46836891384646%26lat%3D34.041246681688136%26zoom%3D11.731748814601191

3. Attentive's business records confirm that on 2026-03-29 22:40:00 (UTC), the user visited the above URL and was shown the following promotion:




4. As shown in the screenshot in Paragraph 3, the promotion advertising Groupon's SMS program included a "Terms" link. Attentive's business records reflect that on 2026-03-29, the "Terms" link shown in the promotion hyperlinked to https://attnl.tv/t/Gv9/r/US.

5. Attentive's business records confirm that the user clicked on the submission button on 2026-03-29 22:40:16 (UTC).

6. Attentive's business records further confirm that on 2026-03-29 22:40:24 (UTC), the user sent the following message to the Groupon phone number.

> *I want to subscribe to recurring automated personalized marketing alerts (e.g. cart reminders) from Groupon (ref: MYJ3e)*

7. Attentive's business records confirm that Groupon responded with the following message to the user on 2026-03-29 22:40:29 (UTC):

> *Groupon: Welcome to Groupon! Msg & data rates may apply. Msg frequency varies. Reply HELP for help, STOP to cancel.*

8. Attentive's business records confirm that on 2026-03-29 22:55:32 (UTC), the user sent a "STOP" message to the Groupon phone number.

9. Attentive's business records confirm that Groupon confirmed the opt out by sending the following message to the user on 2026-03-29 22:55:34 (UTC):

> *Groupon: You are unsubscribed from messaging. No more messages will be sent. Help at support@attentivemobile.com*

10. Attentive's business records confirm that Groupon sent no messages to the phone number through the Attentive platform after the unsubscribe confirmation.

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct.

Dated: August 31, 2026

By: /s/ Signed by: [signature] B1DE2EDDA6B5427...
ANDREW SEGA