**KELLEY DRYE & WARREN LLP**
Becca Wahlquist (SBN 215948)
350 South Grand Avenue, Suite 3800
Los Angeles, CA 90071
Telephone: (213) 547-4916
Facsimile: (213) 547-4901
bwahlquist@kelleydrye.com

*Counsel for Defendant Groupon, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**ROBERT FREUND,** individually and on behalf of all others similarly situated,

Plaintiff,

v.

**GROUPON, INC.**,

Defendant.

Case No. 3:26-cv-05733-JSC

[Assigned to Hon. Jacqueline Scott Corley]

**DECLARATION OF BECCA WAHLQUIST IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER VENUE, OR, IN THE ALTERNATIVE, TO COMPEL ARBITRATION**

I, BECCA WAHLQUIST, declare as follows:

1. I am an attorney at law, and a partner at Kelley Drye & Warren LLP, counsel for Defendants Groupon, Inc. ("Groupon") in the above captioned matter.

2. I submit this declaration in support of Groupon's Motion to Transfer Venue, or in the Alternative, to Compel Arbitration. I make this declaration based on my personal knowledge.

3. I can verify that to date, the primary discussions and communications on the case have been with Anthony Paronich of Paronich Law, P.C. (a Massachusetts-based law firm) and not the local counsel listed on the Complaint, Kevin J. Cole. It is Groupon's understanding that Mr. Paronich will be acting as lead counsel in this matter and will be seeking admission *pro hac vice*.

4. Attached hereto as **Exhibit E** is a true and accurate copy of a list of pending TCPA actions in the Northern District of Illinois for which Mr. Paronich is serving as plaintiff's counsel.

5. Attached hereto as **Exhibit F** is a true and accurate copy of the Complaint filed in *Tompkins v. Groupon, Inc.*, Case No. 1:26-cv-07661 (N.D. Ill.).

6. Attached hereto as **Exhibit G** is a true and accurate copy of the Complaint filed in *Benotman v. Groupon, Inc.*, Case No. 4:26-cv-05477 (S.D. Tex.).

7. Attached hereto as **Exhibit H** is a true and accurate copy of the Complaint filed in *Kolici v. Groupon, Inc.*, Case No. 3:26-cv-01820 (M.D. Fla.).

8. Attached hereto as **Exhibit I** is a true and accurate copy of data from the Federal Judicial Center showing the Northern District of California's caseload statistics from June 30, 2021 to June 30, 2026.

9. Attached hereto as **Exhibit J** is a true and accurate copy of data from the Federal Judicial Center showing the Northern District of Illinois's caseload statistics from June 30, 2021 to June 30, 2026.

///

///

///

I declare under penalty of perjury under the laws of the United States of America and the state of California that the foregoing is true and correct.

DATED: August 31, 2026

By: Becca Wahlquist
Becca Wahlquist