# EXHIBIT E

**TCPA Cases with Anthony Paronich as Plaintiff's Counsel in the Northern District of Illinois**

| | Date Filed | Docket Number | Title |
|---|---|---|---|
| **1** | 08/24/2026 | 1:26-cv-10168 | *Rojas v. Signature Property Solutions, Inc.* |
| **2** | 08/12/2026 | 1:26-cv-09700 | *Moore v. Smart Sky Solar LLC* |
| **3** | 06/30/2026 | 1:26-cv-07663 | *Sheedy v. Multimedrx, Inc* |
| **4** | 05/29/2026 | 1:26-cv-06309 | *Moore v. Encense Enterprises LLC* |
| **5** | 05/02/2026 | 1:26-cv-05110 | *Newman v. A.B.C. Plumbing, Heating, Cooling & Electric, Inc.* |
| **6** | 04/17/2026 | 1:26-cv-04338 | *Rojas v. Triton General Contracting LLC* |
| **7** | 02/27/2026 | 1:26-cv-02263 | *Ricker v. Insurance Pipeline Inc.* |
| **8** | 02/22/2026 | 1:26-cv-01962 | *Roschell v. Nationwide Lending Group, Inc.* |
| **9** | 01/19/2026 | 1:26-cv-00581 | *Rojas v. American Police Officers Alliance, Inc.* |
| **10** | 11/19/2025 | 1:25-cv-14183 | *Bland v. Americas Health Care/Rx Plan Agency, Inc.* |
| **11** | 11/14/2025 | 1:25-cv-13983 | *Godambe v. Centauri Health Solutions Inc. et al.* |
| **12** | 11/04/2025 | 1:25-cv-13487 | *Moore v. Alpha Electric Group LLC et al.* |
| **13** | 10/24/2025 | 1:25-cv-13006 | *Silvis v. Bath Concepts Industries, LLC* |
| **14** | 10/22/2025 | 1:25-cv-12897 | *Godambe v. Women's Healthfirst, PLLC* |
| **15** | 10/09/2025 | 1:25-cv-12388 | *Hall v. Liberty University* |
| **16** | 09/19/2025 | 1:25-cv-11344 | *Willet v. The Federal Savings Bank* |
| **17** | 09/03/2025 | 1:25-cv-10578 | *Wilson v. Disability Services Of America, LLC* |
| **18** | 08/28/2025 | 1:25-cv-10342 | *Rojas v. Guardian Litigation Group, LLP* |
| **19** | 08/01/2025 | 1:25-cv-09124 | *Shah v. Life Protect 24/7, Inc.* |
| **20** | 07/29/2025 | 1:25-cv-08845 | *Watkins v. Summit Capital Advance LLC* |
| **21** | 07/15/2025 | 1:25-cv-08012 | *Mujahid v. Newity, LLC* |
| **22** | 06/24/2025 | 1:25-cv-06972 | *Ricker v. Debt Resolution Direct LLC* |
| **23** | 06/23/2025 | 1:25-cv-06904 | *Shah v. Young Lee Group, LLC* |
| **24** | 06/03/2025 | 1:25-cv-06182 | *Bronstin v. Servbank Sb* |
| **25** | 06/01/2025 | 1:25-cv-06107 | *Hoffman v. Bci Acrylic, LLC D/B/A Bath Planet et al.* |
| **26** | 04/27/2025 | 1:25-cv-04564 | *Rojas v. Peoples Legal Group, Inc.* |
| **27** | 04/27/2025 | 1:25-cv-04568 | *Moore v. C&N Construction Inc.* |
| **28** | 04/11/2025 | 1:25-cv-03961 | *Newell v. Hoffenmer Inc.* |
| **29** | 04/04/2025 | 1:25-cv-03653 | *Finley v. Altrua Ministries Dba Altrua Healthshare* |
| **30** | 03/18/2025 | 1:25-cv-02864 | *Hlavac v. Pacas, Inc.* |
| **31** | 03/17/2025 | 1:25-cv-02743 | *Moore v. Adic Pro LLC* |
| **32** | 02/27/2025 | 1:25-cv-02048 | *Moore v. Chw Group, Inc. D/B/A Choice Home Warranty* |
| **33** | 02/19/2025 | 1:25-cv-01713 | *Clemens v. Devry University, Inc.* |
| **34** | 02/18/2025 | 1:25-cv-01674 | *Mcgonigle v. Sr Holdings Management LLC* |
| **35** | 01/30/2025 | 1:25-cv-01056 | *Rojas v. Clear Credit Ai, LLC* |
| **36** | 01/08/2025 | 1:25-cv-00213 | *Taylor v. Kin Insurance, Inc.* |
| **37** | 01/02/2025 | 1:25-cv-00003 | *Wilson v. Club 1 Hotels, LLC* |
| **38** | 12/30/2024 | 1:24-cv-13350 | *Shah v. Bluewave Holdings Group Ltd.* |
| **39** | 12/30/2024 | 1:24-cv-13306 | *Bulgart v. Prime Time Window Cleaning, Inc.* |
| **40** | 11/26/2024 | 1:24-cv-12201 | *Mcgonigle v. Ftd, LLC* |

| | | | |
|---|---|---|---|
| **41** | 09/13/2024 | 1:24-cv-08413 | *Connor v. Drivesmart Auto Care Inc. et al.* |
| **42** | 08/13/2024 | 1:24-cv-07156 | *Reents v. Medguard Alert, Inc.* |
| **43** | 08/12/2024 | 1:24-cv-07077 | *Bland v. Healthcare Solutions Team, LLC et al.* |
| **44** | 08/08/2024 | 1:24-cv-06965 | *Reents v. Rescom Energy, LLC* |
| **45** | 06/25/2024 | 1:24-cv-05281 | *Robertson v. Accuquote, Inc.* |
| **46** | 06/21/2024 | 1:24-cv-05166 | *Rojas v. Tax Relief Helpers, Inc.* |
| **47** | 06/10/2024 | 1:24-cv-04795 | *Moore v. Best Storm Leads Corp.* |
| **48** | 03/20/2024 | 1:24-cv-02315 | *Pinn v. Ij Wireless, Inc.* |
| **49** | 12/27/2023 | 1:23-cv-17088 | *Rojas v. Meta 7, LLC* |
| **50** | 12/13/2023 | 1:23-cv-16752 | *Rojas v. Advocate Debt Relief LLC* |
| **51** | 12/01/2023 | 1:23-cv-16406 | *Zielonksi v. Ehealth Insurance Services, Inc.* |
| **52** | 11/14/2023 | 1:23-cv-15918 | *Starling v. Nexlevel Direct LLC et al.* |
| **53** | 10/30/2023 | 1:23-cv-15444 | *Moore v. Blue Nile, Inc.* |
| **54** | 10/14/2023 | 1:23-cv-14917 | *Reents v. Public Wireless LLC* |
| **55** | 10/10/2023 | 1:23-cv-14717 | *Woodard et al. v. Health Insurance Associates, LLC* |
| **56** | 09/26/2023 | 1:23-cv-14162 | *Smith v. Guided Insurance Group Inc.* |
| **57** | 09/24/2023 | 1:23-cv-14041 | *Moore v. Sabal Media Group, LLC* |
| **58** | 09/15/2023 | 1:23-cv-13806 | *White v. Gohealth, LLC. et al.* |
| **59** | 08/22/2023 | 1:23-cv-05808 | *Woodard v. Smart Care, LLC* |
| **60** | 08/03/2023 | 1:23-cv-05106 | *Moore v. Global Adjusting, Co.* |
| **61** | 07/06/2023 | 1:23-cv-04334 | *Moore v. Nicole Hupp & Associates, LLC* |
| **62** | 05/22/2023 | 1:23-cv-03225 | *Moore v. Aj's Dent, LLC* |
| **63** | 04/27/2023 | 1:23-cv-02630 | *Woodard v. Health Insurance Alliance, LLC* |
| **64** | 02/17/2023 | 1:23-cv-00979 | *Woodward v. Humana, Inc. et al.* |
| **65** | 02/14/2023 | 1:23-cv-00897 | *Lovelace v. Lend Home Improvements, LLC* |
| **66** | 01/24/2023 | 1:23-cv-00446 | *Woodard v. Health Is Wealth Marketing LLC* |
| **67** | 01/05/2023 | 1:23-cv-00055 | *Woodard v. Quote Storm Holdings, LLC* |
| **68** | 01/04/2023 | 1:23-cv-00042 | *Aliotta et al. v. Surgepays, Inc. Dba Surge Logics* |
| **69** | 11/28/2022 | 1:22-cv-06634 | *Woodard v. Morgan Fidelity Associates Inc,* |
| **70** | 11/17/2022 | 1:22-cv-06448 | *Potter v. Gohealth, LLC.* |
| **71** | 09/27/2022 | 1:22-cv-05277 | *Katz v. Allied First Bank, Sb* |
| **72** | 09/26/2022 | 1:22-cv-05221 | *Moore v. Ha Energy Solutions, LLC* |
| **73** | 08/25/2022 | 1:22-cv-04543 | *Aley v. Eligo Energy, LLC* |
| **74** | 08/17/2022 | 1:22-cv-04362 | *Moore v. Elite Health Investments, Inc.* |
| **75** | 07/20/2022 | 1:22-cv-03755 | *Clotz v. The Federal Savings Bank* |
| **76** | 07/19/2022 | 1:22-cv-03728 | *Perrong v. Nordic Energy Services LLC* |
| **77** | 06/13/2022 | 1:22-cv-03081 | *Clough, Ii v. Gohealth, LLC. et al.* |
| **78** | 05/11/2022 | 1:22-cv-02489 | *Moore v. Realgy, LLC* |
| **79** | 03/24/2022 | 1:22-cv-01539 | *Moore v. Demand Science Group, LLC* |
| **80** | 02/18/2022 | 1:22-cv-00899 | *Moore v. Desalvo Financial Corp D/B/A Ocean Breeze Insurance et al.* |
| **81** | 01/31/2022 | 1:22-cv-00569 | *Darder v. Healthworks Agency LLC* |
| **82** | 01/07/2022 | 1:22-cv-00102 | *Moore v. Open Access Insurance, LLC* |
| **83** | 12/14/2021 | 1:21-cv-06657 | *Chapman v. Gohealth, LLC. et al.* |

| | | | |
|---|---|---|---|
| **84** | 11/30/2021 | 1:21-cv-06404 | *Wood v. Gohealth, LLC, et al.* |
| **85** | 11/20/2021 | 1:21-cv-06235 | *Reents v. Tax Advocate Group, LLC* |
| **86** | 10/20/2021 | 1:21-cv-05572 | *Moore v. Healthcompare Insurance Services, Inc. et al.* |
| **87** | 10/13/2021 | 1:21-cv-05416 | *Reents v. National Advisory Group Inc.* |
| **88** | 09/24/2021 | 1:21-cv-05079 | *Moore v. Auto Protecht LLC* |
| **89** | 09/16/2021 | 1:21-cv-04919 | *Moore v. Healthcare Solutions Inc. et al.* |