# EXHIBIT I

U.S. District Court — Judicial Caseload Profile

CALIFORNIA NORTHERN

| | | | Jun 30 2021 | Jun 30 2022 | Jun 30 2023 | Jun 30 2024 | Jun 30 2025 | Jun 30 2026 | Numerical Standing Within U.S. | Numerical Standing Within Circuit |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 12-Month Periods Ending | | | | | | | |
| Overall Caseload Statistics | Filings [1] | | 11,051 | 9,837 | 9,427 | 8,394 | 12,027 | 13,158 | | |
| | Terminations | | 9,041 | 11,511 | 8,063 | 6,732 | 13,136 | 8,339 | | |
| | Pending | | 14,157 | 12,453 | 13,840 | 15,619 | 14,477 | 19,343 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 19.1 | 33.8 | 39.6 | 56.8 | 9.4 | | 55 | 9 |
| Number of Judgeships | | | 14 | 14 | 14 | 14 | 14 | 14 | | |
| Vacant Judgeship Months [2] | | | 15.0 | 42.5 | 25.4 | 11.2 | 0.0 | 0.0 | | |
| Actions per Judgeship | Filings | Total | 789 | 703 | 673 | 600 | 859 | 940 | 13 | 4 |
| | | Civil | 718 | 626 | 599 | 516 | 772 | 847 | 9 | 2 |
| | | Criminal Felony | 32 | 33 | 24 | 34 | 24 | 36 | 80 | 12 |
| | | Supervised Release Hearings | 39 | 44 | 51 | 50 | 63 | 57 | 25 | 6 |
| | Pending Cases [2] | | 1,011 | 890 | 989 | 1,116 | 1,034 | 1,382 | 10 | 2 |
| | Weighted Filings [2] | | 771 | 699 | 571 | 521 | 705 | 799 | 12 | 4 |
| | Terminations | | 646 | 822 | 576 | 481 | 938 | 596 | 27 | 6 |
| | Trials Completed | | 6 | 9 | 7 | 8 | 9 | 10 | 66 | 8 |
| Median Time (Months) | From Filing to Disposition | Criminal Felony | 16.3 | 16.8 | 21.2 | 16.5 | 17.6 | 17.6 | 81 | 12 |
| | | Civil [2] | 7.6 | 10.1 | 7.1 | 7.6 | 20.5 | 7.0 | 32 | 9 |
| | From Filing to Trial [2] (Civil Only) | | 26.9 | 34.7 | 36.6 | 48.9 | 37.6 | 29.9 | 18 | 3 |
| Other | Number (and %) of Civil Cases Over 3 Years Old [2] | | 1,291<br>9.9 | 971<br>8.6 | 2,040<br>16.0 | 3,779<br>25.9 | 2,346<br>17.4 | 2,996<br>16.4 | 76 | 13 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.4 | 1.2 | 1.3 | 1.2 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 61.5 | 68.0 | 60.2 | 52.9 | 52.7 | 47.9 | | |
| | | Percent Not Selected or Challenged | 40.5 | 48.0 | 34.1 | 38.2 | 39.4 | 36.9 | | |

**2026 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense**

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 11,861 | 283 | 3,211 | 1,180 | 7 | 100 | 475 | 831 | 1,491 | 634 | 1,194 | 41 | 2,414 |
| Criminal [1] | 500 | 3 | 120 | 36 | 110 | 89 | 39 | 34 | 0 | 3 | 16 | 17 | 33 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."