# EXHIBIT J

## U.S. District Court — Judicial Caseload Profile

**ILLINOIS NORTHERN**

| | | | Jun 30 2021 | Jun 30 2022 | Jun 30 2023 | Jun 30 2024 | Jun 30 2025 | Jun 30 2026 | Numerical Standing Within U.S. | Numerical Standing Within Circuit |
|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings [1] | | 9,198 | 8,122 | 9,355 | 19,459 | 16,534 | 17,392 | | |
| | Terminations | | 12,102 | 8,773 | 9,007 | 10,327 | 14,119 | 14,119 | | |
| | Pending | | 12,768 | 12,044 | 12,403 | 21,491 | 23,870 | 27,085 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 89.1 | 114.1 | 85.9 | -10.6 | 5.2 | | 64 | 5 |
| Number of Judgeships | | | 22 | 22 | 22 | 22 | 22 | 22 | | |
| Vacant Judgeship Months [2] | | | 36.0 | 12.0 | 24.5 | 14.4 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 418 | 369 | 425 | 885 | 752 | 791 | 19 | 2 |
| | | Civil | 363 | 332 | 392 | 855 | 716 | 749 | 13 | 2 |
| | | Criminal Felony | 43 | 25 | 24 | 20 | 24 | 29 | 88 | 7 |
| | | Supervised Release Hearings | 12 | 13 | 10 | 10 | 12 | 13 | 80 | 6 |
| | Pending Cases [2] | | 580 | 547 | 564 | 977 | 1,085 | 1,231 | 11 | 3 |
| | Weighted Filings [2] | | 418 | 366 | 423 | 791 | 759 | 823 | 9 | 1 |
| | Terminations | | 550 | 399 | 409 | 469 | 642 | 642 | 22 | 2 |
| | Trials Completed | | 6 | 8 | 9 | 10 | 9 | 10 | 66 | 6 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 22.0 | 22.9 | 27.4 | 32.6 | 30.9 | 24.0 | 92 | 7 |
| | | Civil [2] | 14.2 | 7.2 | 6.5 | 6.1 | 7.1 | 5.0 | 6 | 1 |
| | From Filing to Trial [2] (Civil Only) | | 48.1 | 48.9 | 58.2 | 53.7 | 56.4 | 48.4 | 36 | 2 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 1,726<br>16.7 | 2,126<br>21.7 | 2,406<br>23.4 | 2,500<br>12.8 | 2,415<br>10.9 | 2,557<br>10.1 | 55 | 5 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.4 | 1.3 | 1.4 | 1.4 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 77.6 | 103.4 | 87.0 | 69.3 | 65.1 | 57.5 | | |
| | | Percent Not Selected or Challenged | 61.1 | 70.8 | 59.8 | 53.3 | 50.4 | 48.7 | | |

**2026 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense**

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 16,477 | 523 | 3,592 | 1,285 | 3 | 62 | 717 | 944 | 812 | 3,404 | 2,849 | 191 | 2,095 |
| Criminal [1] | 628 | 10 | 155 | 79 | 158 | 95 | 49 | 25 | 1 | 3 | 7 | 12 | 34 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."