**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ROBERT FREUND,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**GROUPON, INC**.,<br><br>Defendant. | Case No. 3:26-cv-05733-JSC<br><br>[Assigned to Hon. Jacqueline Scott Corley]<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER VENUE, OR, IN THE ALTERNATIVE, TO COMPEL ARBITRATION** |

On August 31, 2026, Defendant Groupon, Inc. moved this Court to transfer this action to the United States District Court for the Northern District of Illinois pursuant to 28 U.S.C. § 1404(a), or in the alternative, to compel arbitration. This Court has considered the Motion to Transfer Venue or, in the Alternative, to Compel Arbitration, the submissions of the parties in support and opposition thereto, and any arguments of counsel for the parties. After due deliberation and for good cause shown,

**IT IS HEREBY ORDERED** that:

Defendant Groupon, Inc.'s Motion to Transfer is **GRANTED**. This action is hereby transferred to the Northern District of Illinois, which is the venue chosen for litigation in the parties' Terms of Use.

[OR

Defendant Groupon, Inc.'s Motion to Compel Arbitration is **GRANTED**. Plaintiff's claims shall be arbitrated and this action shall be stayed pending the outcome of the arbitration.]

**IT IS SO ORDERED.**

Dated: ________________

______________________________
HON. JACQUELINE SCOTT CORLEY
United States District Judge