**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT FREUND, individually and on behalf of a class of all persons and entities similarly situated,<br>Plaintiff,<br>v.<br>GROUPON, INC.,<br>Defendant. | **Case No. 1:26-cv-05733**<br>Hon. Jacqueline Scott Corley |

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINE**

The Court, having considered the Parties' Joint Stipulation to Continue Case Management Conference and Related Deadline, and good cause appearing, hereby orders as follows:

1. The Parties' Joint Stipulation is granted.

2. The Case Management Conference currently scheduled for September 16, 2026 is continued to September 30, 2026.

3. The deadline for the Parties to file their Joint Case Management Statement is extended from September 9, 2026, to September 23, 2026.

IT IS SO ORDERED.

Dated: ______________________, 2026 ________________________________

Hon. Jacqueline Scott Corley
United States District Judge