**PARONICH LAW, P.C.**
Alex N. Jilizian
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (213) 866-5293
Facsimile: (508) 318-8100
alex@paronichlaw.com

*Counsel for Plaintiff Robert Freund*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**ROBERT FREUND,** individually and on behalf of a class of all persons and entities similarly situated,

Plaintiff,

v.

**GROUPON, INC.**,

Defendant.

Case No. 1:26-cv-05733

Hon. Jacqueline Scott Corley

**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINE**

Current Case Management Conference: September 16, 2026
New Case Management Conference: September 30, 2026
Current Joint Case Management Statement Due Date: September 9, 2026
New Joint Case Management Statement Due Date: September 23, 2026

**RECITALS**

1. This is a putative class action. Plaintiff Robert Freund ("Plaintiff") filed this action against Defendant Groupon, Inc. ("Defendant") (collectively, the "Parties") alleging violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq.

2. Pursuant to the Court's Clerk's Notice Setting Initial Case Management Conference, the Case Management Conference in this matter is currently scheduled for September 16, 2026, and the Parties' Joint Case Management Statement is currently due September 9, 2026, pursuant to Civil Local Rule 16-9(a).

3. Defendant filed a Motion to Transfer Venue, or, in the Alternative, to Compel Arbitration (ECF No. 18), which remains pending before the Court and which Plaintiff intends to oppose. The Parties agree that continuing the Case Management Conference and the related Joint Case Management Statement deadline would allow time for potential briefing on that motion and avoid unnecessary expenditure of the Parties' and the Court's resources while it remains pending.

4. Good cause exists to extend the Case Management Conference and the related Joint Case Management Statement deadline to avoid unnecessary expenditure of the Parties' and the Court's resources while Defendant's Motion to Transfer Venue, or, in the Alternative, to Compel Arbitration (ECF No. 18) remains pending.

5. The Parties agree to extend the Case Management Conference from September 16, 2026 to September 30, 2026, and the deadline to file the Joint Case Management Statement from September 9, 2026 to September 23, 2026.

6. This extension will not alter the date of any other event or deadline already fixed by Court order, and is the Parties' first request to extend these deadlines.

**STIPULATION**

Plaintiff and Defendant, by and through their respective counsel, hereby

stipulate and agree as follows:

1. The Case Management Conference currently scheduled for September 16, 2026 shall be continued to and including September 30, 2026, or such other date and time as is convenient for the Court.

2. The deadline for the Parties to file their Joint Case Management Statement shall be extended to and including September 23, 2026.

DATED: September 3, 2026

/s/ Alex N. Jilizian
Alex N. Jilizian
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (213) 866-5293
alex@paronichlaw.com

*Attorneys for Plaintiff*

/s/ Frances McDonald
Frances McDonald
KELLEY DRYE & WARREN LLP
350 South Grand Avenue, Suite 3800
Los Angeles, CA 90071
Telephone: (213) 547-4916
Facsimile:(213)547-4901
bwahlquist@kelleydrye.com

*Attorneys for Defendant*

I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: September 3, 2026

Respectfully submitted,

*/s/ Alex N. Jilizian*

Alex N. Jilizian

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 3, 2026, I electronically filed the foregoing JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINE with the United States District Court for the Northern District of California by using the CM/ECF system, which will send a notice of filing to all registered users, including counsel for all parties.

Respectfully submitted,

*/s/ Alex N. Jilizian*
Alex N. Jilizian