**KJC LAW GROUP, A.P.C.**
Kevin J. Cole (SBN 321555)
*kevin@kjclawgroup.com*
9701 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90212
Telephone: (310) 861-7797

**PARONICH LAW, P.C.**
Anthony I. Paronich (*Pro Hac Vice*)
*anthony@paronichlaw.com*
Alex Jilizian (SBN 362307)
*alex@paronichlaw.com*
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018

*Attorneys for Plaintiff*
*Robert Freund*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT FREUND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GROUPON, INC.,<br><br>Defendant. | Case No. 3:26-cv-05733-JSC<br><br>**DECLARATION OF ROBERT FREUND IN SUPPORT OF PLAINTIFF's OPPOSITION TO DEFENDANT GROUPON, INC.'s MOTION TO TRANSFER VENUE OR, IN THE ALTERNATIVE, TO COMPEL ARBITRATION**<br><br>Date: October 15, 2026<br>Time: 10:00 a.m.<br>Courtroom: 8, 19th Floor |

# DECLARATION OF ROBERT FREUND

I, Robert Freund, declare:

1. I am the named Plaintiff in this action. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them.

2. I received the text messages at issue in this lawsuit while I was in California.

3. On March 29, 2026, I entered my telephone number in a Groupon promotional screen offering $10 off a $20 purchase. I then received text messages concerning the promotion. Approximately fifteen minutes later, I replied “STOP.” I received a response stating: “You are unsubscribed from messaging. No more messages will be sent.”

4. I encountered the March 29 promotional screen on my mobile phone. The screen was focused on the discount offer. I did not notice or read the words “Terms (incl. arbitration)” before pressing the button, and I did not understand that pressing the button meant that I was agreeing to arbitrate disputes with Groupon or to litigate disputes only in Illinois. On my phone, the disclosure text was small and substantially less prominent than the discount offer and the button.

5. After March 29, 2026, I did not receive any email, text message, in-app notice, account notification, or other communication from Groupon telling me that its Terms of Use had changed. I did not revisit or review Groupon's Terms of Use after March 29, 2026, and I did not take any action for the purpose of agreeing to revised terms dated April 17, 2026.

6. I understand that Groupon’s records refer to an account created in 2011 and purchases in 2012 and 2015. I do not recall affirmatively reviewing or agreeing to any arbitration provision or Illinois forum-selection provision when the account was created or when those purchases were made. I also do not recall seeing the particular screens Groupon now says I would have encountered at those times.

7. I filed this action in California, where I reside and where I received the unwanted text messages described above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 13, 2026, at Los Angeles, California.

Robert Freund

Robert Freund